Breeden, Appellant, *v.* Cooper.

Argued September 29, 1955. Before STERN, C. J., STEARNE, JONES, MUSMANNO and ARNOLD, JJ.

*Waldo P. Breeden,* for appellant.

*Harbaugh Miller,* for appellees.

OPINION PER CURIAM, November 14, 1955:

The order of the court below is affirmed on the opinion of President Judge MCNAUGHER. Costs to be paid by appellant.